

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-20-00159-CV

**IN RE ROSENBLATT LAW FIRM PC**, Brettonwoods Properties LLC, and James D. Rosenblatt, Relators

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

On March 12, 2020, relators filed a petition for writ of mandamus and, on March 13, 2020, a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than April 16, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for a stay is GRANTED. All proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on March 31, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CI15282, styled *Michael H. Schlatter and Jacquelyn R. Schlatter, Individually and As Trustees of The Schlatter Family Trust v. Rosenblatt Law Firm PC, Brettonwoods Properties LLC, and James D. Rosenblatt*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.